**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     James Deaver Services, Inc. v. Don  Mafrige

Appellate case number:   01-22-00743-CV

Trial court case number:  21-CV-0386

Trial court:                      56th District Court of Galveston County

This is an appeal from the denial of a motion to dismiss under Texas Civil Practice and Remedies Code Section 150.002.  An appeal from an interlocutory order denying a motion to dismiss under Section 150.002 is permitted by statute.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 150.002(d), (f).  Appellant has filed a motion to stay trial court proceedings until this Court issues its opinion disposing of the appeal.  Trial is set for Monday October 24, 2022.

The motion is **granted** and all trial court proceedings are **ordered stayed** pending resolution of the pending appeal.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually     ☐ Acting for the Court


Date:  ___October 20, 2022___